```
 1  ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
 2  MICHELLE LO (NYRN 4325163)
    Chief, Civil Division
 3  ELIZABETH KURLAN (CABN 255869)
    Assistant United States Attorneys
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102-3495
        Telephone: (415) 436-7298
 6      FAX: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
 7
    Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEN CHEN, | C 3:23-cv-01605 LJC |
| Plaintiff, | |
| v. | **STIPULATION TO STAY PROCEEDINGS; ORDER** |
| DIR SF ASYLUM OFFICE, *et al.*, | |
| Defendants. | |

The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until December 27, 2023. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this mandamus action seeking adjudication of her Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for Plaintiff for August 29, 2023. USCIS will work diligently towards completing adjudication of the I-589 application, absent circumstances that would require additional time for adjudication.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

Stip to Stay Proceedings
C 3:23-cv-01605 LJC                         1

December 27, 2023, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. In accordance with Civil Local Rule 5(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: June 9, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: June 9, 2023

 */s/ Ke Ye*
KE YE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 12 ,2023

LISA J. CISNEROS
United States Magistrate Judge

Stip to Stay Proceedings
C 3:23-cv-01605 LJC

2